IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTO C. MENDEZ, RODOLFO BARRAGAN, ANTONIO B. RIVERA, ANGEL JORGE VELASQUEZ, GERARDO SOSA, MARIO MAGANA, CORNELIO SOSA, MARIO RODRIGUEZ, SANTOS ANDRADE, DAVID LOPEZ, RUDY A. SORTO (aka SORTO A RUDYS), RAFAEL CRUZ, JOSE ERNESTO CABALLERO, JOHNAHAN ESCOBAR, JOSE ANTONIO SARAVIA, FELIPE BARRON, ALDO GUSTAVO MOTA, DAVID GARCIA, JOSE MARIO MALDONADO, JUSTO ANDRADE, JOSE PAULINO CHAVEZ, JOSE CARLOS BENITEZ, ISRAEL AVALOS, GENARIO MARTINEZ, and JUAN J. SANCHEZ, Plaintiffs | } | |
| v. | } | CIVIL ACTION NO. H-01-0523 |
| AMERI-FORGE CORPORATION, TANGLEWOOD INVESTMENTS, INC., GLOBAL INDUSTRIAL TECHNOLOGIES, INC., GLOBAL INDUSTRIAL TECHNOLOGIES SERVICES COMPANY, GLOBAL INDUSTRIAL TECHNOLOGIES FOUNDATION, GPX FORGE INC., GPX FORGE-U, INC., AF ACQUISITION CORP and MARIO FAVRETTO Defendants. | } | |

**FINAL JUDGMENT**

On this day, September 15, 2005, in the action pending between Plaintiffs Justo Andrade, Santos Andrade, Israel Avalos, Rodolfo Barragan, Felipe Barron, Jose Carlos Benitez, Jose Caballero, Jose Chavez, Rafael Cruz, Jonathan Escobar, David Garcia, David Lopez, Mario Magano, Jose Maldonado, Genaro Martinez, Roberto Mendez, Aldo Mota, Antonio Rivera, Mario Rodriguez, Juan Sanchez, Jose Saravia, Rudys Sorto, Cornelio Sosa, Gerardo Sosa, and Angel Velasquez, and Defendants, Tanglewood Investments, Inc., AF Acquisition Company, Ameriforge

- 2 -

Corporation, Mario Favretto, and Global Industrial Technologies Foundation.and , the Court has issued its Opinion and Order on Summary Judgment that Plaintiff's claims must be dismissed as a matter of law, and the court hereby

ORDERS that Plaintiffs take nothing, and that Defendants, are awarded their costs.

**SIGNED** at Houston, Texas, this 15th day of September, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE